No. 97–7819.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–7826.  ALKAZOFF v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–7828.  ALLEN J. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–7846.  RHODEN v. WYATT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–7852.  EGGERSDORF v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–7853.  GARRETT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–7855.  HUGHES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–7872.  GARCES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–9333.  CITIZEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 842;

No. 97–756.  BURGE ET AL. v. BEHR ET UX., 522 U. S. 1049;

No. 97–909.  MADDOX v. CAPITOL BANKERS LIFE INSURANCE CO. ET AL., 522 U. S. 1091;

No. 97–1083.  IN RE COLE, 522 U. S. 1088;

No. 97–6678.  HARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 1059;

No. 97–6729.  HUGHES v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 522 U. S. 1060;

No. 97–6736.  ERDMAN v. STEGALL, WARDEN, 522 U. S. 1079;

No. 97–6880.  BEAVEN v. MCBRIDE, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY, 522 U. S. 1062; and

No. 97–6975.  GRETZLER v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, 522 U. S. 1081.  Petitions for rehearing denied.